IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISIAH LUCAS, JR.,            No. CIV S-10-3252-GEB-CMK-P

    Plaintiff,

  vs.            <u>ORDER</u>

GARY SWARTHOUT, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On June 24, 2011, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.[1]

---

[1] In addition to his objections, plaintiff also filed a secondary motion requesting the court implement the preliminary injunction he requested.  As this motion failed to cure the defects noted in the findings and recommendations, the motion will similarly be denied.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 24, 2011, are adopted in full; and

2. Plaintiff's motions for a preliminary injunction (Docs. 7, 25) are denied.

Dated: August 17, 2011

GARLAND E. BURRELL, JR.
United States District Judge