1

2

3

4

5

6

7

8       **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ISIAH LUCAS, JR.,                              No. CIV S-10-3252-GEB-CMK-P

12            Plaintiff,

13       vs.                                        <u>ORDER</u>

14   GARY SWARTHOUT, et al.,

15            Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for reconsideration of the

19   order denying his motion for a preliminary injunction (Doc. 27).

20          Under Rule 60(b), the court may grant reconsideration of a final judgment and any

21   order based on, among other things:  (1) mistake, inadvertence, surprise, or excusable neglect; (2)

22   newly discovered evidence which, with reasonable diligence, could not have been discovered

23   within ten days of entry of judgment; and (3) fraud, misrepresentation, or misconduct of an

24   opposing party.  A motion for reconsideration on any of these grounds must be brought within a

25   reasonable time and no later than one year of entry of judgment or the order being challenged.

26   <u>See</u> Fed. R. Civ. P. 60(c)(1).

                                                     1

1    Plaintiff provides no adequate reason for the court to reconsider the order denying

2  his motion for preliminary injunction.  A review of the order shows no basis for granting

3  reconsideration.  There was no mistake, new evidence or misconduct involved.  As the court

4  stated in its prior orders, none of the defendants in this action would appear to have any control

5  over plaintiff's cell assignment at his current institution.  Nothing in his current motion would

6  indicate otherwise.   This court is unable to issue an order against individuals who are not parties

7  to this action.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

8    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for

9  reconsideration (Doc. 19) is denied.

10  Dated:  November 9, 2011

12  GARLAND E. BURRELL, JR.
13  United States District Judge

2